**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

*Tamara L. Giwa*
Executive Director and
Attorney-in-Chief

*Michelle A. Gelernt*
Attorney-in-Charge

June 18, 2024

<u>Via ECF and Email</u>
The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Alexey Gavino* – 22-cr-136 (RPK)

Dear Judge Kovner:

We write, without objection from the government, to request that the August 26, 2024 trial date in the above-captioned case be adjourned and that the Court convert the August 26, 2024 trial date to a status conference.

The defense submitted mitigation materials to the government in an effort to resolve the case short of trial, and the government needs additional time to review the materials. The defense requests an adjournment of the trial date to give the government time to review the materials and enable the parties to continue their plea negotiations. The parties further consent to the exclusion of time until the next status conference.

Thank you for your time and consideration.

Respectfully Submitted,

_____/s/_____
Marissa Sherman
Assistant Federal Defender
(347) 802-7048

Cc:     AUSA Benjamin Weintraub (via ECF and Email)